No. 92–6447. JOHNSTON v. CHESNEY, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FRACKVILLE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–6458. SANDERS v. SOUTHERN MANAGEMENT ET AL. C. A. D. C. Cir. Certiorari denied.

No. 92–6460. VALDIVIEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–6462. SAVENELLI v. MEACHUM, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTION. C. A. 2d Cir. Certiorari denied.

No. 92–6465. CHRISTENSEN v. ARMONTROUT ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–6467. REYES v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 92–6475. MALANEZ v. LYNN, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–6476. BATES v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 92–6477. COOPER v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER (two cases). C. A. 8th Cir. Certiorari denied.

No. 92–6478. AYRES v. DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 92–6481. HARRISON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6482. DEMPSEY v. WTLK TV 14 ROME/ATLANTA ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–6483. WOLFE v. INTERNATIONAL BROTHERHOOD OF TEAMSTERS ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–6485. AMARIGLIO v. CENTURA BANK ET AL. C. A. 4th Cir. Certiorari denied.